UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOANNE VILLEGAS,<br><br>　　　　　　Defendant. | CASE NO.:   22CR1014-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

　　　Pursuant to the joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for June 10, 2022 at 1:30 p.m. be continued to July 15, 2022 at 1:30 p.m. before Honorable Janis L. Sammartino. For the reasons set forth in the joint motion, the court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

　　**SO ORDERED.**

Dated: June 9, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge

22CR1014-JLS